# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2581

_____

Shane Michael Backes

*Plaintiff - Appellant*

v.

Christine Renee Wojtasik, Individually and in her official capacity as
Administrator of the Judiciary for the Office of the State Court Administrator of Missouri

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: March 12, 2026
Filed: March 17, 2026
[Unpublished]

_____

Before SHEPHERD, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Shane Michael Backes appeals following the district court's[1] dismissal of his 42 U.S.C. § 1983 action as barred by the Rooker-Feldman[2] doctrine. After careful consideration of the record, and setting aside whether Backes raised any independent claims that did not seek to overturn the state court's judgment, we conclude that he failed to state a claim, and we affirm on that basis. See Arseneau v. Pudlowski, 110 F.4th 1114, 1117 (8th Cir. 2024) (bypassing "murky" Rooker-Feldman issue for easy resolution on merits, as doctrine is matter of statutory rather than Article III standing); Fullington v. Pfizer, Inc., 720 F.3d 739, 747 (8th Cir. 2013) (court of appeals may affirm for any reason supported by record); see also Kvalvog v. Park Christian Sch., Inc., 66 F.4th 1147, 1152-53 (8th Cir. 2023) (Rooker-Feldman does not bar jurisdiction if plaintiff presents some independent claim). Backes alleged that the defendant engaged in misconduct related to a state court custody proceeding, but his conclusory allegations did not provide adequate support for his claim that the purported misconduct violated his due process and equal protection rights. See Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (complaint does not suffice if it offers labels and conclusions, or tenders naked assertions devoid of factual enhancement; complaint must contain sufficient factual matter, accepted as true, to state claim plausible on its face, and contain more than accusations of unlawful harm).

Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Backes's pending motion.

_____

[1]The Honorable Beth Phillips, then Chief Judge, now United States District Judge for the Western District of Missouri.

[2]Rooker v. Fidelity Tr. Co., 263 U.S. 413 (1923); D.C. Ct. Of Appeals v. Feldman, 460 U.S. 462 (1983).